UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**JOSE MALPARTIDA**,

   Plaintiff,

 v.

**WASHINGTON METROPOLITAN
AREA TRANSIT AUTHORITY**,

   Defendant.

Civil Action No. 22-cv-01592 (TSC)

## SCHEDULING ORDER

**1. DEADLINES**

It is hereby **ORDERED** that the parties shall adhere to the following deadlines:

| | |
|---|---|
| Deadline to Exchange Initial Disclosures | October 24, 2022 |
| Deadline to Amend the Pleadings | November 23, 2022 |
| Deadline to Join Additional Parties | November 23, 2022 |
| Plaintiff's Rule 26(a)(2) Expert Disclosures | December 23, 2022 |
| Defendant's Rule 26(a)(2) Expert Disclosures | February 21, 2023 |
| End of Discovery | May 24, 2023 |
| Parties' Joint Status Report re: Mediation[1] | May 31, 2023 |
| Defendant's Motion for Summary Judgment due | June 23, 2023 |
| Plaintiff's Response due | July 24, 2023 |
| Defendant's Reply due | August 7, 2023 |

---

[1] The parties indicated in their *Rule 26 Report* that they "believe that mediation before a magistrate judge after the close of discovery would be helpful. . ." Report at § C(5), ECF No. 11. The parties shall address if they remain amenable to mediation in this Joint Status Report.

2. **DEPOSITIONS AND INTERROGATORIES:**

Absent agreement of the parties or Order of the Court to the contrary, the parties shall be limited to no more than ten (10) depositions and no more than twenty-five (25) interrogatories and twenty-five (25) requests for production of documents per side.

3. **DISCOVERY DISPUTES:**

Counsel shall confer in good faith in an effort to resolve any discovery dispute. If counsel are unable to resolve the dispute, they must first JOINTLY submit, via email to chambers, a clear, concise description of the issues in dispute, each party's position on the disputed issues, and the parties' joint availability for an on-the-record telephone conference. The court will then respond as soon as practicable to schedule a telephone conference and provide the parties with call-in information.

**Counsel shall not file any discovery-related motion without a prior telephone conference with the Court and opposing counsel.**

Counsel are hereby notified that a party who does not prevail in a discovery dispute may be ordered to pay the costs involved, including reasonable attorney's fees.

4. **REQUEST FOR APPOINTMENT OF MEDIATOR:**

If at any point the parties desire to engage in mediation, with a Magistrate Judge or through the Mediation Program of the Circuit Executive's Office, the parties shall file a joint motion captioned "Joint Motion for Mediation."  Should the parties desire to engage in mediation at the close of discovery, they may file this motion in lieu of the Joint Status Report contemplated in § 1 – Deadlines.

Date: August 23, 2022

*Tanya S. Chutkan*
TANYA S. CHUTKAN
United States District Judge