UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JESSE SIMPSON,

        *Plaintiff*,

  v.                                                                              Civil Action No. 22-2758 (TSC)

U.S. DEPARTMENT OF JUSTICE,

        *Defendant*.

## JOINT STATUS REPORT

Pursuant to this Court's Minute Order (Aug. 23, 2022), Plaintiff Jesse Simpson and Defendant Department of Justice, by and through the undersigned counsel, respectfully file this Joint Status Report ("JSR") to appraise the Court of the status of this case under the Freedom of Information Act, 5 U.S.C. § 552.

Since the parties' most recent JSR, the Bureau of Prisons' Women and Special Populations Branch conducted a supplemental local search for responsive records, but located no potentially responsive records. The Religious Services Department also conducted a supplemental local search and has identified responsive records, which Defendant anticipates releasing by the end of this month or in early June. Both components conducted supplemental electronic searches for records created between January 1, 2018 and May 15, 2020 using search terms on which the parties agreed in advance, and identified potentially responsive records, which Defendant anticipated by the end of June or in early July. The parties will file an additional JSR on or before June 21, 2023.

Dated: May 22, 2023                                                  Respectfully submitted,

By: /s/ Deborah M. Golden                                      MATTHEW M. GRAVES
DEBORAH M. GOLDEN                                          United States Attorney
DC Bar No. 460568                                                    D.C. Bar #481052
700 Pennsylvania Ave. SE, 2nd Floor

| | |
|---|---|
| Washington, DC 20003<br>(202) 630-0332 – telephone<br>(202) 217-3653 – facsimile<br>dgolden@debgoldenlaw.com<br><br>*Counsel for Plaintiff* | BRIAN P. HUDAK<br>Chief, Civil Division<br><br>By: /s/ Bradley G. Silverman<br>BRADLEY G. SILVERMAN<br>Assistant United States Attorney<br>D.C. Bar #1531664<br>601 D Street NW<br>Washington, DC 20530<br>(202) 252-2575<br>bradley.silverman@usdoj.gov<br><br>*Counsel for Defendant* |