UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JESSE SIMPSON,

    *Plaintiff*,

v.

U.S. DEPARTMENT OF JUSTICE,

    *Defendant*.

Civil Action No. 20-2758 (TSC)

**JOINT STATUS REPORT**

Pursuant to this Court's Minute Order (Aug. 23, 2022), Plaintiff Jesse Simpson and Defendant Department of Justice, by and through the undersigned counsel, respectfully file this Joint Status Report to appraise the Court of the status of this case under the Freedom of Information Act, 5 U.S.C. § 552. The Bureau of Prisons has conducted a supplemental email search of the Women and Special Populations Branch, but located no additional responsive records. The Bureau also conducted a supplemental email search of the Religious Services Department, and located around 2,100 records. The Bureau has processed 594 files, produced 36 pages in full and 16 pages in part, and determined the rest to be unresponsive. The Bureau is processing the remaining records at a rate of roughly 750 per month, and anticipates completing its processing by the end of August.

\*    \*    \*

Dated: June 21, 2023

/s/ Deborah M. Golden
DEBORAH M. GOLDEN
DC Bar No. 460568
700 Pennsylvania Ave. SE, 2nd Floor
Washington, DC 20003
(202) 630-0332 – telephone
(202) 217-3653 – facsimile
dgolden@debgoldenlaw.com

*Counsel for Plaintiff*

Respectfully submitted,

MATTHEW M. GRAVES
D.C. Bar No. 481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

/s/ Bradley G. Silverman
BRADLEY G. SILVERMAN
DC Bar No. 1531664
Assistant United States Attorney
601 D Street NW
Washington, DC 20530
(202) 252-2575
bradley.silverman@usdoj.gov

*Counsel for Defendant*