UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JESSE SIMPSON,<br><br>    *Plaintiff*,<br><br>v.<br><br>U.S. DEPARTMENT OF JUSTICE,<br><br>    *Defendant*. | Civil Action No. 20-2758 (TSC) |

**JOINT STATUS REPORT**

Pursuant to this Court's Minute Order (Aug. 23, 2022), Plaintiff Jesse Simpson and Defendant Department of Justice, by and through the undersigned counsel, respectfully file this Joint Status Report to appraise the Court of the status of this case under the Freedom of Information Act, 5 U.S.C. § 552. The Bureau will review 750 pages and produce any responsive, non-exempt records to Simpson by the end of July, and produce the remaining records by the end of August.

Dated: July 21, 2023

Respectfully submitted,

/s/ Deborah M. Golden
DEBORAH M. GOLDEN
DC Bar No. 460568
700 Pennsylvania Ave. SE, 2nd Floor
Washington, DC 20003
(202) 630-0332 – telephone
(202) 217-3653 – facsimile
dgolden@debgoldenlaw.com

*Counsel for Plaintiff*

MATTHEW M. GRAVES
D.C. Bar No. 481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

/s/ Bradley G. Silverman
BRADLEY G. SILVERMAN
DC Bar No. 1531664
Assistant United States Attorney
601 D Street NW
Washington, DC 20530
(202) 252-2575
bradley.silverman@usdoj.gov

*Counsel for Defendant*